OFFICE OF DISCIPLINARY COUNSEL *v.* MITCHELL.

[Cite as *Disciplinary Counsel v. Mitchell* (1996), 74 Ohio St.3d 616.]

(No. 95–2531—Submitted January 24, 1996—Decided February 28, 1996.)

Geoffrey Stern, Disciplinary Counsel, and Stacy M. Solochek, Assistant Disciplinary Counsel, for relator.

Theodore F. Stebbins, for respondent.

Per Curiam. Having reviewed the record, we agree with the board's findings of misconduct, but disagree with its recommended sanction. Accordingly, given the gravity of respondent's crime, respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

Judgment accordingly.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.